UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 68.129.128.238,

                Defendant.

25-CV-3234 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    By **June 13, 2025**, Plaintiff shall file a status update on whether Plaintiff intends to proceed with this case. If Plaintiff intends to move for leave to serve a third party subpoena for the identity of John Doe, Plaintiff shall do so by **June 20, 2025**.

Dated: June 4, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge